UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMARCUS WADE,

       Plaintiff,                    Case No. 1:21-cv-728

v.                                        Honorable Paul L. Maloney

M. STEPHENS et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:   February 8, 2022                     /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                       United States District Judge